United States District Court
Southern District of Texas
FILED

NOV 21 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ST. PAUL REINSURANCE COMPANY, LTD. | § § § | |
| v. | § | CIVIL ACTION NO. B-02-222 |
| BASILIO C. GOMEZ D/B/A "77" FLEA MARKET | § § § § | |

## COMPLAINT FOR DECLARATORY JUDGMENT

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, St. Paul Reinsurance Company, Ltd. files this its complaint pursuant to 28 UNITED STATES CODE § 2201 and Rule 57, FEDERAL RULES OF CIVIL PROCEDURE, for a declaration of the rights of Defendants under Certificate of Insurance TC2167.

### I. Jurisdiction

1. Jurisdiction is conferred upon this Court by 28 U.S.C. §1332(a)(2) relating to civil actions between citizens of a State and citizens or subjects of a foreign state.

2. The matter in controversy exceeds, exclusive of interest and costs, the sum of Seventy-Five Thousand Dollars ($75,000).

### II. Parties

3. Plaintiff St. Paul Reinsurance Company, Ltd. is a nonresident eligible surplus lines underwriter in the insurance business in the State of Texas with its principal place of business in London, England.

52958
3010-11767

4. Defendant Basilio C. Gomez d/b/a 77 Flea Market is an individual who is a citizen and resident of the State of Texas who may be served at his home address of 1005 E. Tyler, Brownsville, Texas 78520 or wherever he may be found.

### III. Jury Demand

5. Plaintiff demands a trial by jury.

### IV. Factual Background

6. Defendant Basilio C. Gomez d/b/a 77 Flea Market (hereinafter referred to as "Gomez") is the named insured under Policy Number MNB3327000385 issued by Plaintiff St. Paul Reinsurance Company, Ltd. (hereinafter "St. Paul Re"). Attached hereto and made a part hereof as Exhibit "A" is Policy No. MNB3327000385. The policy had effective dates of January 15, 2000 to January 15, 2001.

7. The subject policy of insurance provided Gomez a general aggregate limit of insurance of $600 thousand with an occurrence limit of $300 thousand and a fire damage limit of $50,000 for any one fire.

8. Gomez operates a flea market on property located adjacent to property owned by Rosalinda and Jesus Salazar (hereinafter "the Salazars").

9. The Salazars brought suit against Gomez and inter alia, in the U.S. District Court for the Southern District of Texas, Cause No. B-01-105 (the "Litigation") alleging intentional infliction of severe emotional distress, malicious prosecution, invasion of privacy, and vicarious liability for the intentional and or negligent acts of Gomez' employee.

## V.  Relief Requested

10. St. Paul Re respectfully requests that this Court construe the policy of insurance, Exhibit "A" hereto, and declare that St. Paul Re does not have an duty to indemnify Defendant Basilio C. Gomez d/b/a 77 Flea Market for the claims asserted by Rosalinda Salazar and/or Jesus Silva Salazar. Alternatively, St. Paul Re respectfully requests that this Court declare that St. Paul Re only has a duty to indemnify Defendant Basilio C. Gomez d/b/a 77 Flea Market up to the amount of $300,000.

11. St. Paul Re also respectfully requests that this Court declare that St. Paul Re does not have a duty to defend Defendant Basilio Gomez in the underlying lawsuit filed by the Salazars.

## VI.  Declaratory Judgment

12. Several provisions of the insurance policies allow St. Paul to deny coverage to Gomez under the facts of this case. First, there has been no occurrence under the policy. The insurance provided by Policy No. MNB3327000385 only applies to bodily injuries arising out of the ownership, maintenance or use of the premises shown in the schedule and operations necessary or incidental to those premises.

13. There has been no "Occurrence" under the Policy.

14. Moreover, exclusions 13(a)(b) and (c) of Policy No. MNB3327000385 allow St. Paul to deny coverage for the Salazars claims against Gomez.

15. As set forth herein, St. Paul Re has no duty to indemnify Gomez for the incident that occurred on or about April 9, 2000. The foregoing provisions allow St. Paul Re to deny coverage.

## VII.  Request for Attorney's Fees

16. St. Paul Re also respectfully requests that this Court award attorney's fees to St. Paul Re Texas law allows the recovery of attorney's fees by the prevailing party in a declaratory judgment action. **TEX. CIV. PRAC. & REM. CODE ANN.** § 37.009 (Vernon 1997); *Acceptance Ins. Co.*

*v. Bhugra Enterprises, Inc.*, 946 F. Supp. 480, 483 (N.D. Tex. 1996).

WHEREFORE, PREMISES CONSIDERED, ST. PAUL REINSURANCE COMPANY, LTD. respectfully prays this Court make a declaratory judgment which finds that Plaintiff does not have any duty to indemnify Defendants under Certificate of Insurance MNB3327000385 and for such other and further relief, both general and special, at law or in equity, to which it may show itself to be justly entitled and forever pray.

        Respectfully submitted,

        PREIS, KRAFT & ROY

        _Connie Hawkins_
        Ronald E. Tigner
        Federal Bar No. 3095
        Connie L. Hawkins
        Federal Bar No. 9270
        520 Post Oak Boulevard, Suite 800
        Houston, Texas 77027
        (713) 355-6062 Telephone
        (713) 355-9129 Facsimile

        **ATTORNEYS FOR ST. PAUL REINSURANCE COMPANY, LTD.**