IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 1 7 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| ST. PAUL REINSURANCE COMPANY, LTD. | § § § Civil Action B-02-222 |
| v. | § |
| BASILIO C. GOMEZ D/B/A "77" FLEA MARKET | § § |

## LIST OF ENTITIES WITH FINANCIAL INTEREST

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Plaintiff, St. Paul Reinsurance Company, Ltd. files this its List of Parties with Financial Interest.

St. Paul Reinsurance Company, Ltd.
London England EC3N 2PJ
    Plaintiff

Basilio C. Gomez d/b/a 77 Flea Market
1005 E. Tyler
Brownsville, Texas 78520
    Defendant

Respectfully submitted,

PREIS, KRAFT & ROY

_/s/ Connie Hawkins_
Ronald E. Tigner
Federal Bar No. 3095
Connie L. Hawkins
Federal Bar No. 9270
520 Post Oak Boulevard, Suite 800
Houston, Texas 77027
(713) 355-6062 Telephone
(713) 355-9129 Facsimile
**ATTORNEYS FOR ST. PAUL REINSURANCE COMPANY, LTD.**

54273
3010-11767

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the following has been sent by certified mail, return receipt requested on this the __14th__ day of December, 2002 to:

Basilio C. Gomez d/b/a 77 Flea Market
1005 E. Tyler
Brownsville, Texas 78520

_____
Connie L. Hawkins