IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 3 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ST. PAUL REINSURANCE COMPANY, LTD. | § § § | |
| v. | § | Civil Action B-02-222 |
| | § § | |
| BASILIO C. GOMEZ D/B/A "77" FLEA MARKET | § § | |

### NOTICE OF CHANGE OF ADDRESS

Plaintiff, St. Paul Reinsurance Company, Ltd. hereby notifies this Honorable Court and all known counsel of record the change of address for Ronald E. Tigner and Connie L. Hawkins, effective February 1, 2003, is as follows:

Ronald E. Tigner
State Bar No. 20028000
Connie L. Hawkins
State Bar No. 09246280
Preis, Kraft & Roy
2000 Bering, Suite 600
Houston, Texas 77057
(713) 355-6062
(713) 572-9129 Facsimile

54701
3010-11767

Respectfully submitted,

PREIS, KRAFT & ROY

*Ronald E. Tigner* (signature)

---

Ronald E. Tigner
State Bar No. 20028000
Connie L. Hawkins
State Bar No. 09246280
2000 Bering, Suite 600
Houston, Texas 77057
(713) 355-6062
(713) 572-9129 FAX

**ATTORNEYS FOR ST. PAUL REINSURANCE COMPANY, LTD.**

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument has been sent by certified mail, return receipt requested on this the 27th day of January, 2003 to all counsel of record.

Mr. Basilio C. Gomez d/b/a 77 Flea Market
1005 E. Tyler
Brownsville, Texas 78520

*Ronald E. Tigner* (signature)

---
Ronald E. Tigner

54701
3010-11767

2