IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 03 2003

Michael N. Milby
Clerk of Court

| ST. PAUL REINSURANCE COMPANY, LTD. | § § § | |
|---|---|---|
| v. | § | CIVIL ACTION NO. B-02-222 |
| | § | |
| BASILIO C. GOMEZ d/b/a "77" FLEA MARKET | § § § | |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

COMES NOW, BASILIO GOMEZ, SR., Defendant herein, and files this his Original Answer to Plaintiff's Complaint for Declaratory Judgement filed herein, and in support thereof, would respectfully show unto the Court as follows:

### I.

### ANSWER

1. Defendant denies all of Plaintiff's allegations except to the extent expressly admitted herein.

2. Defendant admits the allegations set forth in Paragraphs 1 and 2, contained in Section I "Jurisdiction", of Plaintiff's Complaint for Declaratory Judgement.

3. Defendant admits the allegations set forth in Paragraphs 3 and 4, contained in Section II "Parties", of Plaintiff's Complaint for Declaratory Judgement.

4. Defendant does not object to Plaintiff's request for a trial by jury set forth in Paragraph 5, contained in Section III "Jury Demand", of Plaintiff's Complaint for Declaratory Judgement.

5. Defendant admits the allegations set forth in Paragraphs 6 through 8, contained in Section IV "Factual Background", of Plaintiff's Complaint for Declaratory Judgement. However, Defendant denies that the therein described insurance policy is attached to Plaintiff's Complaint for Declaratory Judgement as Exhibit "A".

6. As to the allegations set forth in Paragraph 9, contained in Section IV "Factual Background", of Plaintiff's Complaint for Declaratory Judgement, Defendant admits that a lawsuit has been brought against him individually, and d/b/a "77" Flea Market, along with other named parties, in the United States District Court for the Southern District of Texas, Cause No. B-01-105, and that Plaintiff in said lawsuit has made allegations of intentional infliction of severe emotional distress, malicious prosecution, invasion of privacy, and vicarious liability for the intentional and/or negligent acts of Defendant's employees. However, Defendant specifically denies any validity or truth in those allegations and denies any and all liability arising from those allegations.

7. Defendant denies the allegations set forth in Paragraphs 10 and 11, contained in Section V. "Relief Requested", of Plaintiff's Complaint for Declaratory Judgement, and respectfully requests that the Court deny Plaintiff the relief requested in said paragraphs.

8. Defendant denies the allegations set forth in Paragraphs 12 through 15, contained in Section VI "Declaratory Judgement" of Plaintiff's Complaint for Declaratory Judgement, and demands strict proof thereof.

9. Defendant denies the allegations set forth in Paragraph 16, contained in Section VII. "Request for Attorney's Fees", of Plaintiff's Complaint for Declaratory Judgement, and respectfully requests that the Court deny Plaintiff the relief requested in said paragraphs.

WHEREFORE, premises considered, BASILIO GOMEZ, SR, Defendant herein, prays that Plaintiff be denied recovery sought; that this Defendant recover all costs incurred herein; and for such other and further relief, both at law and in equity, to which he may be justly entitled.

Respectfully submitted,

SANCHEZ, WHITTINGTON, JANIS
& ZABARTE, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
(956) 546-3731 - Telephone
(956) 546-3765 or 3766 - Fax

By: _____
Dennis Sanchez
State Bar No. 17569600
Federal Bar No. 1594
C. Frank Wood
State Bar No. 24028136
Federal Bar No. 29870

ATTORNEYS FOR DEFENDANT
BASILIO GOMEZ, SR. d/b/a
"77" FLEA MARKET

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Defendant's Original Answer** has been served, ☒ by placing a true and correct copy of same in the United States Mail, certified, return receipt requested, with postage fully prepaid, and/or ☐ by facsimile to the number listed below, and/or ☐ by hand delivery on this  3rd  day of  March , 2003, upon the following counsel of record:

Mr. Ronald E. Tigner
Ms. Connie L. Hawkins
PREIS, KRAFT & ROY
520 Post Oak Boulevard, Suite 800
Houston, Texas 77027
Facsimile No. (713) 355-9129
*Attorneys for Plaintiff*
*St. Paul Reinsurance Co., Ltd.*

C. Frank Wood