IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 4 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk _____

| | | |
|---|---|---|
| ST. PAUL INS. CO. LTD., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. B-02-222 |
| BASILIO GOMEZ, | § § § | |
| Defendant. | § § | |

**ORDER**

BE IT REMEMBERED that on April 14, 2003, the Court held the Initial Pretrial Conference in this matter; counsel for Plaintiff failed to appear; and the Court **GRANTED** without prejudice Defendant's oral motion to dismiss.

DONE at Brownsville, Texas, this 14th day of April 2003.

Hilda G. Tagle
United States District Judge